Jon R. Robertson, APC (CSBN 134490)
ROBERTSON & OLSEN LLP
2 Park Plaza, Suite 730
Irvine, California 92614
Tel. (714) 361-2111
Fax (714) 361-2110

Attorneys for Plaintiff
ANTRAN BUSINESS LLC,
a California limited liability company



FILED
MAY 21 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRAN BUSINESS LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>RUDY'S HIDEAWAY, INC., a California Corporation doing business as CRUZIN' CRUSTACEAN, and STEVE RYAN, an individual,<br><br>Defendants. | CASE NO. 2:15-CV-00391-JAM-DAD<br><br>JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER<br><br>Judge: John A. Mendez |

### NOTICE OF SETTLEMENT

Plaintiff ANTRAN BUSINESS LLC, and Defendant RUDYS HIDEAWAY, INC. DBA CRUIZIN' CRUSTACEAN and Defendant STEVE RYAN (hereinafter collectively referred to as the "Parties") by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendants can fully perform certain affirmative duties as required under the settlement agreement. It is estimated that Defendants will fully perform their duties by June 30, 2015. Within two weeks of Defendants' completion of their duties (as mandated under the settlement agreement), Plaintiff will file with this Court a dismissal with prejudice to be signed by counsel for all Parties.

Respectfully Submitted,

Dated: April 30, 2015

BERLINER COHEN

By: /s/ Christine H. Lang
Christine H. Lang, Attorneys for Defendants Rudy's Hideaway, Inc. dba Cruzin' Crustacean and Steve Ryan

Dated: April 30, 2015

ROBERTSON & OLSEN LLP

By: /s/ Jon R. Robertson
Jon R. Robertson, Attorneys for Plaintiff AnTran LLC

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for one hundred and twenty days time to allow for Defendant to fulfill its duties under the settlement agreement.

**IT IS SO ORDERED.**

DATED: May 21, 2015.

/s/ Judge
UNITED STATES DISTRICT JUDGE

-2-