Jon R. Robertson, APC (CSBN 134490)
ROBERTSON & OLSEN LLP
2 Park Plaza, Suite 730
Irvine, California 92614
Tel. (714) 361-2111
Fax (714) 361-2110

Attorneys for Plaintiff
ANTRAN BUSINESS LLC,
a California limited liability company

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRAN BUSINESS LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>RUDY'S HIDEAWAY, INC., a California Corporation doing business as CRUZIN' CRUSTACEAN, and STEVE RYAN, an individual,<br><br>    Defendants. | CASE NO. **2:15−CV−00391−JAM−DAD**<br><br>**REQUEST FOR DISMISSAL**<br><br>**ORDER**<br><br>Judge: John A. Mendez |

    Plaintiff ANTRAN BUSINESS LLC by and through its attorney of record, hereby requests that the Court dismiss the above-entitled matter, with prejudice.

Respectfully Submitted,

                                                          **ROBERTSON & OLSEN  LLP**

Dated: June 30, 2015              By:  /s/ Jon Robertson
                                                   Jon R. Robertson, Attorney for Plaintiff
                                                   **ANTRAN BUSINESS LLC**

**ORDER**

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED.**

DATED: June 30, 2015

/s/ John A. Mendez_____

JOHN A. MENDEZ

UNITED STATES DISTRICT JUDGE